# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re                                          :    Chapter 11
:
GBI SERVICES, LLC, *et al.*,                    :    Case No. 25–12089 (CTG)
:
Debtors.[1]                                    :    (Jointly Administered)
:    Hearing Date: January 8, 2026 at 1:00 p.m. (ET)
:    Obj. Deadline: January 2, 2026 at 4:00 p.m. (ET)
:
------------------------------------------------------------ x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on December 17, 2025, GBI Services, LLC, and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Authorizing Designation of Stalking Horse Bidder, (C) Authorizing Conduct of the Auction and Sale Hearing, (D) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (E) Approving Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II)(A) Authorizing Sale of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GBI Services, LLC (0771), Nicklaus Companies, LLC (5063), N1JN-V, LLC (3178), Nicklaus Real Estate Licensing, LLC (7569), Nicklaus Project Management Services, LLC (6810), Nicklaus Advisory, LLC (3577), Nicklaus Design, LLC (7744), Nicklaus Interactive, LLC (9584), Nicklaus Brands, LLC (9771), Nicklaus International Brand Management, LLC (1536), Jack Nicklaus Golf Club, LLC (9616), and Nicklaus Golf Equipment Company, L.C. (6669). The Debtors' mailing address is 3801 PGA Boulevard, Suite 565, Palm Beach Gardens, FL 33410

RLF1 34422402v.1

PLEASE TAKE FURTHER NOTICE that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 2, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **January 8, 2026 at 1:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of page intentionally left blank.*]

Dated: December 17, 2025
      Wilmington, Delaware

/s/ *James F. McCauley*
RICHARDS, LAYTON & FINGER, P.A.
Michael J. Merchant (No. 3854)
Zachary I. Shapiro (No. 5103)
James F. McCauley (No. 6991)
Alexander R. Steiger (No. 7139)
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Email: merchant@rlf.com
     shapiro@rlf.com
     mccauley@rlf.com
     steiger@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Email: davidj.cohen@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit J. Berkovich (admitted *pro hac vice*)
Daphne S. Papadatos (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Emails: ronit.berkovich@weil.com
     daphne.papadatos@weil.com

*Proposed Attorneys for the Debtors
and the Debtors in Possession*