IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re                                          :    Chapter 11
:
GBI SERVICES, LLC, *et al.*,                   :    Case No. 25–12089 (CTG)
:
Debtors.[1]                                    :    (Jointly Administered)
:
------------------------------------------------------------ x

## AMENDED NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel hereby enter their appearance as counsel for FundNick, LLC and PMP NICK, LLC (together, the "Lenders"), and request that all notices given or required to be given in connection with these chapter 11 cases, and all papers served or required to be served in these chapter 11 cases and in any cases consolidated or administered herewith, be given to and served upon the following:

| | |
|---|---|
| John R. Luze, P.C.<br>Casey McGushin<br>**KIRKLAND & ELLIS LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Telephone: (312) 862-3369<br>Email:   john.luze@kirkland.com<br>            casey.mcgushin@kirkland.com<br><br>Joshua Greenblatt, P.C.<br>Margaret Reiney<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Email:   josh.greenblatt@kirkland.com<br>            margaret.reiney@kirkland.com | Michael R. Nestor<br>Ryan M. Bartley<br>Joshua J. Hall<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>CM/ECF Noticing: bankfilings@ycst.com<br>Email:   mnestor@ycst.com<br>            rbartley@ycst.com<br>            jhall@ycst.com |

---

[1] The last four digits of GBI Services, LLC's tax identification number are 0771. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/GBIServices. The Debtors' mailing address is 3801 PGA Boulevard, Suite 565, Palm Beach Gardens, FL 33410.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") and any prior or subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Lenders, including, without limitation: (1) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) the right to have final orders in any non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by the United States District Court for the District of Delaware (the "District Court"); (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Lenders are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, filing this Notice is not intended as, and shall not be, consent by the Lenders to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Lenders, cannot enter final orders or judgments in any such case,

proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

Dated: December 19, 2025

Respectfully submitted,

*/s/ Michael R. Nestor*
Michael R. Nestor (No. 3526)
Ryan M. Bartley (No. 4985)
Joshua J. Hall (No. 7510)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
rbartley@ycst.com
jhall@ycst.com

-and-

John R. Luze, P.C.
Casey McGushin
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-3369
Email: john.luze@kirkland.com
       casey.mcgushin@kirkland.com

Joshua Greenblatt, P.C.
Margaret Reiney
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Email: josh.greenblatt@kirkland.com
       margaret.reiney@kirkland.com

*Counsel to Lenders*